

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

No. 06-23-00199-CR

JOSHUA ELLIS SUTTON, Appellant

V.

THE STATE OF TEXAS, Appellee

On Appeal from the 102nd District Court
Bowie County, Texas
Trial Court No. 23F0053-102

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion by Justice Rambin

MEMORANDUM OPINION

A Bowie County jury found Joshua Ellis Sutton guilty of possession of a controlled substance in the amount of one gram or more but less than four grams, a third-degree felony. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.115(c) (Supp.). The jury assessed Sutton's punishment at ten years' imprisonment with a fine of $2,000.00. The trial court accepted the jury's assessment and sentenced Sutton in accordance with it.

On appeal,[1] Sutton raises two points of error: (1) the 102nd Judicial District Court did not have jurisdiction because his indictment was out of the 202nd Judicial District Court, and (2) his trial counsel was ineffective for failing to move to quash his indictment for lack of jurisdiction. We addressed these issues in Sutton's companion case in cause number 06-23-00197-CR. For the reasons stated therein, we affirm Sutton's conviction in this cause.

Jeff Rambin
Justice

Date Submitted:     April 5 ,2024
Date Decided:       April 19, 2024

Do Not Publish

---

[1]In companion cause numbers 06-23-00197-CR, 06-23-00198-CR, 06-23-00200-CR, 06-23-00201-CR, and 06-23-00202-CR, Sutton appeals five other convictions arising from the same set of facts at issue here.